UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   20-mj-03776-McAliley

UNITED STATES OF AMERICA

v.

MARCOS CAMPOS,

　　Defendant.
_____/

## SEALED CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? __Yes   X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   __Yes   X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2019 (Mag. Judge Jared M. Strauss)?   __Yes   X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _/s/ Lacee Elizabeth Monk_____
LACEE ELIZABETH MONK
Assistant United States Attorney
Fla. Bar No. 100322
99 Northeast 4th Street
Miami, FL. 33132-2111
Tel: (305) 961-9427
Fax: (305) 536-4699
Lacee.Monk@usdoj.gov

Application for a Complaint by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Marcos Campos,<br><br>_____<br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.   20-mj-03776-McAliley |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 21, 2020 to July 22, 2020__ in the county of _____Miami-Dade_____ in the ___Southern___ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) and (b)(1) | Receipt of Child Pornography; and |
| 18 U.S.C. § 2252(a)(4)(b) and (b)(2) | Possession of Child Pornography. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Pablo Llabre, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime.

Date: __October 7, 2020__

_____
*Judge's signature*

City and state:   _____Miami, Florida_____

Chris M. McAliley, Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Pablo Llabre, being first duly sworn, hereby depose and state as follows:

### AFFIANT'S BACKGROUND

1. I have been a Special Agent with Homeland Security Investigations ("HSI") since April 2010, and am currently assigned to the Miami Field Office. In this capacity, I investigate criminal violations related to child exploitation and child pornography.

2. I completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training at the Federal Law Enforcement Training Center in 2010. Additionally, I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

3. This Affidavit is made in support of a criminal complaint, charging MARCOS CAMPOS ("CAMPOS") with violating Title 18, United States Code, Sections 2252(a)(2) and (b)(1) (receipt of child pornography), and 2252(a)(4)(B) and (b)(2) (possession of child pornography). I respectfully submit that there is probable cause to believe that, on or about July 21, 2020 through July 22, 2020, in the Southern District of Florida, CAMPOS did commit the offenses of receipt of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1), and possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

4. The statements contained in this Affidavit are based on my personal knowledge, as well as information relayed to me by other individuals and law enforcement officers. I have not included in this Affidavit each and every fact known to me. Rather, I have included only the facts

that are sufficient to establish probable cause for the issuance of a criminal complaint against CAMPOS for the above-described criminal violations.

## FACTUAL BACKGROUND

5. On or about July 22, 2020, your Affiant, together with other law enforcement officers, executed a federal search warrant at 9270 SW 58th Terrace, Miami, Florida (the "**Premises**"). *See* Sealed Search Warrant, S.D.F.L. 1:20-mj-03196-BECERRA. Upon entering the Premises, law enforcement encountered CAMPOS and his family. During the search of the Premises, law enforcement seized a Dell desktop computer, model Optiplex 755 (the "Dell Computer"), that CAMPOS admitted he owned, from what CAMPOS subsequently identified as his room.

6. Thereafter, HSI conducted a forensic examination of CAMPOS' Dell Computer and discovered image and video files depicting child pornography. A sample of two (2) of the files discovered are described as follows:

   a. File Name: 10yr daughter finger and fuck.avi

   Description: Video depicting a minor female victim laying partially nude with her vagina exposed. A hand can be seen digitally penetrating the female victim's vagina. The video proceeds to depict the minor female victim being penetrated by an adult male's penis.

   b. File name: Littlegirl 12y make dad happy – Part II.avi

   Description: Video depicting a minor female victim taking her clothes off until she is fully nude exposing her genitals. The minor female victim then proceeds to perform oral sex on an adult male and is also depicted masturbating the adult male until he ejaculates on the face of the minor female victim.

7. Additionally, during a forensic examination, HSI agents discovered that on or about July 21, 2020, at approximately 01:55 (EST), a torrent file entitled "Hobar nanka (2)" started to download onto the Dell Computer. The aforementioned torrent file contains numerous file names

suggesting that the files contained images of child pornography, including "PTHC." In my experience as a law enforcement officer investigating violations of child exploitation laws, I have learned that collectors and distributors of child pornography use and associate the term "PTHC" to mean "pre-teen hard core." Pursuant to the search warrant, law enforcement reviewed the "Hobar nanka (2)" file folder contained within the downloads folder on the Dell Computer, and discovered the file names inside this folder matched the file names inside the torrent file. Approximately 13 files contained within the "Hobar nanka (2)" file folder were child pornography. A sample of two (2) of the files downloaded as part of the torrent file are described as follows:

    a. <u>File Name</u>: PTHC 2016 6yo Emilia 20151012_054405.mp4

       <u>Description</u>: Video depicting a minor female victim laying partially nude with her legs spread open exposing her vagina and buttocks. An adult male proceeds to anally penetrate the minor female victim with his penis.

    b. <u>File Name</u>: (Children-Sf-1Man) Pthc – Violet Blue, 8Yo – Open Vagina.mpg

       <u>Description</u>: Compilation video depicting various clips of child pornography which show different minor female victims exposing their genitals. Some of the minor female victims are shown digitally penetrating their vaginas and in one clip a minor female victim can be seen performing oral sex on an adult male.

## CONCLUSION

8. Based upon my training and experience, and based on the facts detailed above, I respectfully submit that there is probable cause to believe that, on or about July 21, 2020 through July 22, 2020, in the Southern District of Florida, CAMPOS did commit the offenses of receipt of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1), and possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Pablo Llabre, Special Agent
Department of Homeland Security
Homeland Security Investigations

Attested to by the Affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime this _7th_ day of October 2020.


_____
HONORABLE CHRIS M. MCALILEY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

4